**Order entered August 19, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01116-CR

**BRANDON CLYDE KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76511-M**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. Shortly thereafter, appellant filed his brief along with a motion to extend time to file it. In the interest of expediting this appeal and because the trial court has not yet held a hearing, we **VACATE** our August 7, 2019 order to the extent it required a hearing and findings. We **GRANT** appellant's motion and **ORDER** his brief filed as of the date of this order.

The State's brief is due no later than September 20, 2019.


/s/     BILL PEDERSEN, III
        JUSTICE